E-FILED
Tuesday, 20 October, 2026 02:38:39 PM
Clerk, U.S. District Court, ILCD

FILED
OCT 2 0 2026
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 26-CR- 10044 |
| | ) | |
| JONATHAN T. VAUGHN, | ) | Title 18, United States Code, |
| | ) | Sections 2422(b); 2252A(a)(2) and |
| Defendant. | ) | (b)(1); and 2252A(a)(5)(B) |
| | ) | |

## INDICTMENT

## COUNT ONE

(Attempted Enticement of a Minor)

**THE GRAND JURY CHARGES:**

Starting at least as early as September 17, 2026, and continuing to at least October 6, 2026, in the Central District of Illinois, and elsewhere;

**JONATHAN T. VAUGHN,**

defendant herein, used a facility and means of interstate and foreign commerce, to wit, the Internet and a cellular telephone, to knowingly attempt to persuade, induce, entice, and coerce any individual who he believed had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, namely, Aggravated Criminal Sexual Abuse, which is a crime under 720 ILCS 5/11-1.60(c)(1).

All in violation of Title 18, United States Code, Section 2422(b).

**COUNT TWO**
**(Distribution of Child Pornography)**

Starting at least as early as September 17, 2026, and continuing to at least October 6, 2026, in the Central District of Illinois, and elsewhere;

**JONATHAN T. VAUGHN,**

defendant herein, knowingly distributed any child pornography, as defined in Title 18, United States Code, Section 2256(8)(A) and (B), that has been shipped and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone and by computer;

All in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and (b)(1).

**COUNT THREE**
**(Possession of Child Pornography)**

Starting at least as early as September 17, 2026, and continuing to at least October 6, 2026, in the Central District of Illinois, and elsewhere;

**JONATHAN T. VAUGHN,**

defendant herein, knowingly possessed, and knowingly accessed with intent to view, a cellular telephone that contained images of child pornography as defined in 18 U.S.C. § 2256(8)(A), and (B) that involved a prepubescent minor and minor who had not attained twelve years of age, said images and videos had been shipped and transported using any means and facility of interstate and foreign commerce, including by cellular telephone and by computer, and which have been produced using materials that have been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by cellular telephone and computer,

All in violation of Title 18, United States Code, Sections 2252A(5)(B) and (b)(2)

## FORFEITURE ALLEGATIONS

The allegations contained in Counts One, Two, and Three of this Indictment are hereby realleged and incorporated herein by reference for the purpose of alleging forfeitures pursuant to the provisions of Title 18, United States Code, Section 2253.

For his engagement in the offenses alleged in this Indictment,

**JONATHAN T. VAUGHN,**

Defendant herein, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 2253, all interest in:

1. Any visual depiction and other matter containing such visual depiction which was possessed as alleged above in this Indictment; and

2. Any personal property used and intended to be used to commit or promote the commission of the offense charged above in this Indictment.

The property referred to above as items 1 and 2 includes, but is not limited to, the following:

- One Apple iPhone
- Four electronic data storage thumb drives

A True Bill,

redacted

Foreperson

redacted

GREGORY M. GILMORE
UNITED STATES ATTORNEY
DJK/TMW